NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RANDALL MAY INTERNATIONAL, INC.,**
*Plaintiff-Appellee,*

**v.**

**DEG MUSIC PRODUCTS, INC.,**
*Defendant-Appellant,*

AND

**DYNASTY USA,**
*Defendant.*

---

2013-1390

---

Appeal from the United States District Court for the Central District of California in No. 05-CV-0894, Senior Judge Terry J. Hatter, Jr.

---

**JUDGMENT**

---

PETER R. AFRASIABI, One LLP, of Newport Beach, California, argued for plaintiff-appellee.

DENNIS G. MARTIN, Blakely Sokoloff Taylor & Zafman, LLP, of Los Angeles, California, argued for defendant-appellant.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>February 24, 2014</td><td>/s/  Daniel  E.  O'Toole</td></tr>
<tr><td>Date</td><td>Daniel E. O'Toole<br>Clerk of Court</td></tr>
</table>